```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX007735
Cashier ID: sq
Transaction Date: 02/14/2008
Payer Name: MORRISON AND FOERSTER
-----------------------------------
CIVIL FILING FEE
 For: MORRISON AND FOERSTER
 Amount:      $350.00
-----------------------------------
CHECK
 Check/Money Order Num: 99001579
 Amt Tendered: $350.00
-----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

08-CV-323


A fee of $45.00 will be assessed on
any returned check.
```