IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00323-MSK-BNB

ECHOSTAR SATELLITE L.L.C., a Colorado corporation,

        Plaintiff,

v.

JOHN MADDEN, an individual, and
CHARLES BARKLEY, an individual,

        Defendants.

---

## ORDER SETTING RULE 16 HEARING

---

      THIS MATTER comes before the Court upon a Complaint for Declaratory Judgment filed by the Plaintiff. In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary. **This is not a scheduling conference; do not submit a proposed scheduling order.** (This hearing does not substitute for a scheduling conference before the Magistrate Judge.)

    **IT IS ORDERED**:

(1)   A hearing is set for **May 2, 2008** at **4:00 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel shall bring their calendars.

(2)   Prior to the hearing, the parties shall meet and confer about the following issues and be prepared to address them at the hearing:
- Whether discovery is needed with regard to the parties' dispute.
- Whether there are stipulated facts which would bear upon the determination of their dispute.
- Other appropriate issues enumerated in Fed. R. Civ. P. 16(c).

(3) If the Defendant(s) has/have not been served with the Summons and Complaint, this Order shall be served together with the Summons and Complaint within ten (10) days of the date of this Order.

Dated this 22nd day of February, 2008

**BY THE COURT:**

Marcia S. Krieger
United States District Judge